JOSEPH F. COHEN, Respondent, *v.* BERNARD WHITE, Defendant, and MORRIS WHITE, Appellant.

Submitted May 31, 1938; decided June 3, 1938.

*William J. Butler* for motion.
*Archibald Palmer* opposed.

Motion denied with leave to renew upon the argument of the appeal.